**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

JAMES JACKSON,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC.,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

JAMES JACKSON ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against BUREAU OF COLLECTION RECOVERY, INC., ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, East Baton Rouge Parish, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Eden Prairie, Minnesota.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Upon information and belief, Defendant is collecting from Plaintiff an alleged consumer debt.

12. Defendant started calling Plaintiff in approximately January 2011.

13. Defendant calls Plaintiff every day at his home at 225-774-6169 from various numbers including 952-259-1101.

14. During several calls to Plaintiff's home, Defendant disclosed the alleged debt to Plaintiff's mother, Ms. Cebell Jackson.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

a) Defendant violated §1692c(b) of the FDCPA by disclosing the alleged debt to Plaintiff's mother.

b) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff.

c) Defendant violated §1692d(5) of the FDCPA by repeatedly causing Plaintiff's phone to ring and/or engage in conversation.

WHEREFORE, Plaintiff, JAMES JACKSON, respectfully requests judgment be entered against Defendant, BUREAU OF COLLECTION RECOVERY, INC., for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  June 21, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon – Local Counsel
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006
kellimayon@gmail.com

Krohn & Moss, Ltd
Attn: Ryan Lee
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 241
Fax: (866) 861-1390

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JAMES JACKSON, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, JAMES JACKSON, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JAMES JACKSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

6/15/2011
Date

JAMES JACKSON