**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

JAMES JACKSON,

                                   Case No:  2:11-cv-01463-MLCF-KWR

    Plaintiff,

                                   NOTICE OF VOLUNTARY

    v.                                 DISMISSAL

BUREAU OF COLLECTION RECOVERY, INC.,

    Defendant.

       JAMES JACKSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant

to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court

Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY, INC.,

(Defendant), in this case.

   DATED:  October 31, 2011

                         By: /s/ Kelli Denise Mayon
                       Kelli Denise Mayon – Local Counsel
                       4429 Herrmann Street, Apt. D
                       Metairie Louisiana 70006
                       kellimayon@gmail.com

                       Krohn & Moss, Ltd
                       Attn: Ryan Lee
                       10474 Santa Monica Blvd. Suite 401
                       Los Angeles, CA 90025
                       Tel: (323) 988-2400 x 241
                       Fax: (866) 861-1390

## CERTIFICATE OF SERVICE

I, Kelli Denise Mayon, certify that a true and correct copy of the foregoing was served electronically to Dave Haggarty via email address DHAGGART@travelers.com upon opposing counsel of record.

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
Attorney for Plaintiff